**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD DUNCAN                                                                          PLAINTIFF
ADC #654375

v.                                          NO. 5:13CV00386 JLH/BD

GAYLON LAY, *et al*.                                                                DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation")
from Magistrate Judge Beth Deere. The parties have not filed objections. After careful
review of the Recommendation, as well as a *de novo* review of the record, the Court
concludes that the Recommendation should be, and hereby is, approved and adopted as this
Court's findings in all respects in its entirety.

Richard Duncan's claim that the defendants violated Arkansas Department of
Correction policy or procedure is DISMISSED, with prejudice. In addition, his claims for
money damages against the defendants in their official capacities are DISMISSED, with
prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE