IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD DUNCAN                                                                                           PLAINTIFF
ADC #654375

v.                                     NO. 5:13CV00386 JLH/BD

GAYLON LAY, et al.                                                                                   DEFENDANTS

## ORDER

Richard Duncan, an Arkansas Department of Correction inmate, has moved to dismiss the claims raised in this lawsuit, without prejudice. The motion is GRANTED. Document #22. Duncan's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE