# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RICHARD DUNCAN                                                                                    PLAINTIFF
ADC #654375

v.                              NO. 5:13CV00386 JLH/BD

GAYLON LAY, et al.                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE